JS-6

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10   TINA OH,                              Case No.  2:15-cv-06297 BRO (JCx)

11              Plaintiff,

12        v.                               **ORDER RE PARTIES' JOINT**
                                           **STIPULATION FOR DISMISSAL**
13   LUXOTTICA RETAIL NORTH                **WITH PREJUDICE OF ENTIRE**
     AMERICA INC., and DOES 1 through      **ACTION PURSUANT TO FEDERAL**
14   50, Inclusive,                        **RULE OF CIVIL PROCEDURE**
                                           **41(A)**
15              Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

                                   2.

Having reviewed the parties' Joint Stipulation for Dismissal of Entire Action, IT IS HEREBY ORDERED that the above entitled action, *Oh v. Luxottica Retail North America Inc*, *and DOES 1 through 50, inclusive*, Case No. 2:15-cv-06297 BRO (JCx), is dismissed with prejudice. Each party is to bear her/its own respective attorneys' fees and costs. All pending proceedings are vacated and no further proceedings shall take place in this action.

**IT IS HEREBY ORDERED**

Dated: <u>March 3, 2016</u> _____

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE

3.